Brette L. Evans, Esq. SBN 177042
Evans Law Offices
255 N. Market St., Ste 110
San Jose, Ca 95110
ph:  (408) 298-8910
fax:  (408) 298-8911
*Attorney for Plaintiff*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re** | Adv. No.:   13-03195 |
| | Bk Case No.: 13-31011 HLB-7 |
| **CARLOS ALBERTO GARCIA,** | |
| | **NOTICE OF MOTION FOR ORDER APPROVING SETTLEMENT AND COMPROMISE AGREEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE RULE 9019** [*Pursuant to L.B.R. 9014-1, no hearing is required unless objection filed or hearing requested*] |
| Debtor(s). | |
| MARIO PATINO, | |
| Plaintiff(s), | |
| vs. | Hon. Hannah L. Blumenstiel |
| CARLOS ALBERTO GARCIA, | |
| | Date:   No Hearing Set |
| | Time: |
| | Location:   235 Pine St., San Francisco CA Nineteenth Fl., Courtroom 23 |
| Defendant(s). | |

**TO THE HONORABLE HANNAH L. BLUMENSTEIL, UNITED STATES BANKRUPTCY, THE DEBTOR, THE CHAPTER 7 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

Plaintiff and Defendant, Carlos Garcia, hereby move (the "Motion") the Court pursuant to *Federal Rule of Bankruptcy Procedure (*"FRBP") *Rule 9019* for approval of a settlement and compromise (the "Settlement") between Plaintiff Mario Patino and Defendant Carlos Garcia, the Defendant and Debtor herein.  The Settlement provides for a settlement and release of claims relating to the adversary action filed in this Court entitled *Mario Patino vs. Carlos Alberto Garcia*, Adversary Case No.: 13-03195 HLB, filed on August 3, 2013 ("Adversary Action").

PLEASE TAKE FURTHER NOTICE THAT the Motion is based upon the supporting

1 Memorandum of Points and Authorities and the Declaration of Mario Patino, filed concurrently herewith, with the *Stipulated Settlement Agreement Resolving All Claims and Dismissing the Adversary Proceeding with Prejudice*, as well as the complete files and records in this action, the oral argument of counsel, if any, and such other and further evidence as the Court might deem proper.

PLEASE TAKE FURTHER NOTICE THAT pursuant to Local Bankruptcy Rule 9014-1(b)(3), any opposition to or request for hearing on any objection to this Motion must be filed with the Court and served upon counsel for the moving party, Mario Patino, within twenty-one (21) days of the mailing of this Notice. Any opposition or request for hearing must be accompanied by any declaration or memoranda of law that the opposing or requesting party wishes to present in support of its position. If an opposition or request for hearing is timely filed and served, the Debtor will set the matter for hearing and will provide at least seven (7) days written notice of the hearing to the opposing or requesting party, and to any trustee or committee, as required. If there is no timely opposition or request for hearing, the Court may enter an order granting the relief requested in this Motion by default, without further notice or hearing.

**DATED:** July 10, 2014            **EVANS LAW OFFICES**

By:     */s/ Brette L. Evans*
        Brette L. Evans, attorney for plaintiff

Case 13-03195 Doc# 43 Filed: 07/17/14 Entered: 07/17/14 22:08:05 Page 2 of 2